# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2010

139592

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CHARLES WOMACK,
        Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139592
COA: 291605
Wayne CC: 06-010757-FC

_____/

        On order of the Court, the application for leave to appeal the August 6, 2009 order of the Court of Appeals is considered. We DIRECT former appellate counsel, Phillip Comorski, to file a supplemental brief addressing the reason(s) for his failure to file, on direct review, a delayed application for leave to appeal in the Court of Appeals within the deadlines set forth in MCR 7.205(F), despite being appointed as counsel approximately six months after the defendant was sentenced. Counsel shall file the supplemental brief within 28 days of the date of this order.

        The application for leave to appeal remains pending.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2010

_____
Clerk

y0222